**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2022
FACSIMILE 415-281-2010

Walter J. R. Traver (State Bar No. 113678)
w.traver@mpglaw.com

Attorneys for Defendant World Savings Bank, FSB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTIN ENG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WORLD SAVINGS, INC., a corporation, and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. C-07-0223-WHA<br><br>[Assigned to The Honorable William H. Alsup, Dept. 9]<br><br>Complaint Filed: January 11, 2007<br><br>**STIPULATION FOR DISMISSAL** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Martin Eng and counsel for Defendant World Savings Bank, FSB, erroneously sued herein as World Savings, Inc., a corporation ("World Savings" or "Defendant") that the above-captioned action be and hereby is dismissed pursuant to FRCP 41(a)(1).

DATED: March 19, 2007

By: _/s/ Martin Eng_____
　　　Martin Eng

524461.1

1

Stipulation for Dismissal

DATED: March 19, 2007

MUSICK, PEELER & GARRETT LLP

By: _____
Walter J.R. Traver
Attorneys for Defendant
World Savings Bank, FSB

IT IS SO ORDERED.

March 23, 2007

By: _____
William Alsup
Judge of the Northern District Court

*Judge William Alsup*

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 120 Montgomery Street, Suite 2550, San Francisco, California 94104-4303.

    On March 22, 2007, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Martin Eng<br>430 Grant Avenue<br>San Francisco, CA   94108 | In Pro Per<br>Tel:   415-246-1111<br>Fax:<br>e-m:   martineng@yahoo.com |

☐   **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒   **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at San Francisco, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐   **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at San Francisco, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at San Francisco, California in the ordinary course of business for delivery to the addressee.

Executed on March 22, 2007, at San Francisco, California.

☐   (Federal)     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Linda Belcher